# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>       Plaintiffs,<br><br>v.<br><br>Westcore Delta; LLC Westcore Northgate LP; Westcore Northgate GP LLC, and DOES 1-10<br><br>       Defendants. | Case No. 2:16-cv-00963-MCE-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION TO ALLOW PARTIES TO FINALIZE RESOLUTION**<br><br>Complaint Served:    May 20, 2016 and May 21, 2016<br>Current Response Date: June 28, 2016<br>New Response Date:    July 20, 2016<br><br>Trial Date: Not Set<br>District Judge: Morrison C. England, Jr. |

   Upon considering the parties' Stipulation and Request to Extend Time to Respond to Initial Complaint (ECF No. 9), IT IS HEREBY ORDERED THAT the deadline for all defendants to respond to the Complaint in this case shall be extended to July 20, 2016.

   IT IS SO ORDERED.

Dated: July 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE