UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br>v.<br><br>WESTCORE DELTA LLC, a Delaware Limited Liability Company;<br>WESTCORE NORTHGATE LP, a Delaware Limited Partnership;<br>WESTCORE NORTHGATE GP LLC, a Delaware Limited Liability Company;<br>RAJPREET S. REHAL; and Does 1-10,<br><br>      Defendants. | Case: 2:16-CV-00963-MCE-EFB<br><br>**ORDER** |

    Pursuant to F.R.CIV.P.41(a)(1) and the parties' Stipulation (ECF No. 12), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: August 19, 2016

                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE